FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 OCT 25 PM 2:32

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13MJ325 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Jermaine Hall | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Douglas Lederer, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jermaine Hall.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Douglas Lederer is hereby assigned to assist the FAFPD Shannon P. O'Connor in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Douglas Lederer shall not be eligible to receive compensation for his services in this case.

FAFPD Shannon P. O'Connor shall continue to be primary counsel on behalf of the Defendant, Jermaine Hall.

Dated: 10/25/13

BY THE COURT:

_____
United States Magistrate Judge