# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:13CR411** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JERMAINE HALL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jermaine Hall (Hall) (Filing No. 30). Mr. O'Connor represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 30) is granted.

Michael D. Nelson, 503 South 36th Street, Omaha, NE 68105-1201, (402) 344-8044, is appointed to represent Hall for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Nelson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Hall's defense.

The clerk shall provide a copy of this order to Mr. Nelson who shall file an appearance forthwith.

**IT IS SO ORDERED.**

DATED this 6th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge